# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 13-00558SOM-KSC |
| CASE NAME: | The Charter Oak Fire Insurance Company vs.  Endurance American Specialty Insurance Company |
| ATTYS FOR PLA: | Sheree Kon-Herrera<br>Mark Peterson (by phone) |
| ATTYS FOR DEFT: | John Edmunds |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 07/28/2014 | TIME: | 11:15 - 12:15 |

COURT ACTION:  EP: Plaintiff The Charter Oak Fire Insurance Company's Motion for Partial Summary Judgment [22] -

Arguments.

Plaintiff The Charter Oak Fire Insurance Company's Motion for Partial Summary Judgment [22] - taken under advisement.

Court to issue a written ruling within a few weeks.

Submitted by: Toni Fujinaga, Courtroom Manager.